# UNITED STATES DISTRICT COURT

Danny Richard Dustin
Plaintiff

VS. Sheriff Michelle Cook
Defendant

Case NO.
3:21-cv-153-BJD-JRK

CLERK, U.S. MIDDLE DIST OFFL JACKSONVILLE FLORIDA

2021 FEB 15 PM 2:01

FILED

# COMPLAINT

Comes now the Plaintiff, Danny Richard Dustin seeking relief for an accident that happened with the Clay County Sheriff's Office at fault. On Febuary 24th, 2020, Danny Dustin was a passenger in his father's vehicle when they were struck from behind by Deputy Kenneth Forrest Patrick of the Clay County Sheriff's Office.

The Deputy admitted he was at fault and was "following to close". Danny Dustin was told he would have to sue Florida Farm Bureau because he was a passenger and didn't find out until the end of November that Clay County could be held for their negligence in this matter.

In Deccember, Danny Dustin filed a claim against Deputy Kenneth Forrest Patricks and the

# Complaint

Sheriff's Office and both were denied because the Sheriff's office is not a legal entity, and Deputy Kenneth Forrest Patrick can not be held responsible because he was on Duty.

Complaints against the Sheriff's Office must be written to the legal entity of the Sheriff who is held responsible, Sheriff Michele Cook

1.) Danny Dustin Currently resides at P.O. Box 958, Green Cove Springs, FL 32043 and is currently being Detained in the Clay County Jail for a Self-defense Crime, and is still an innocent man.

2. The Defendant is Sheriff Michele Cook and is in charge of the Clay County Sheriff's Office, and can be reached at P.O. Box 548, Green Cove Springs, FL 32043

3. Danny Dustin seeks relief from the District Court because he doesn't think he will get a fair hearing by Clay County for an accident that involved Clay County. Danny Dustin has also been denied the proper medical care and has been refused Outside hospital assistance for his pain. Danny Dustin seeks Seventy five thousand dollars for negligence, pain and suffering, Court Cost, and medical Compensation.

2

On Febuary 24, 2020 at approximately 1:15 AM. The Plaintiff, Danny R. Dustin and his father (Driver) were struck by Clay County Deputy Kenneth Forrest Patrick who was on duty and "following to close" while running the tag number Both driver (Richard Dustin) and passenger (Danny R. Dustin) were both wearing their seat belts when Deputy Patrick approached the vehicle and admitted to fault and was very apoligetic. Richard Dustin had to make a sudden stop and not only was blinded by Deputy Patrick's lights in the rear view, he stopped when something ran across the road.

The plaintiff, Danny R. Dustin who was just getting off of the closing shift at Burger King in Middleburg, and went to the hospital after sleeping and waking up too stiff to go to work. St. Vincent's Clay County did several X-rays to make sure there was no broken bones or spinal damage and was prescribed medication for pain.

After a week of still having pain, Danny R. Dustin went to A-1 Imaging to have a MRI done to detect for soft tissue damage. Danny R. Dustin is now seeking relief for Montary and Punitive Damages.

Not only was Deputy Patrick directly responsible for these injuries, he is also an "officer of the Law" and owes an Oath to serve and protect. To add insult to injury, the Sheriff's office has not once tried to reach out to the plaintiff about his injuries for 10 months. Danny R. Dustin only found out by the Insurance Commission in Tallahassee that because the deputy was on duty, he could be held responsible for the incident.

3

While being detained, Danny Dustin has been constantly complaining about these back injuries and has not been treated with anything, but a few ibuprophen. Nor has the Sheriff's Office gave any special attention for the injuries they caused.

The sheriff's office has not once tried to reach out to Danny Dustin for their responsibility in this accident, and has shown no care for their participation in this incident. Under the new management of Sheriff Michelle Cook, Danny Dustin seeks relief from the Federal Court to settle this dispute with the Clay County Sheriff's Office. Deputy Kenneth Forrest Patrick for his negligence, pain and suffering, duty of care, court cost and medical compensation.

It has been a year since this accident happened and because it involves the Sheriff's Office, they take an oath to protect and serve. This entire situation should have been handled with integrity of the Duty of Care that all Officers of Law are sworn to uphold. Deputy Kenneth Patrick admitted he was at fault for "following to close", and Richard and Danny Dustin were both wearing their seat belt and was breaking no traffic laws.

4

# Prayer For Relief

Danny Dustin seeks the U.S. District Court to step in with Jurisdiction, so he may receive a fair hearing since not only is this complaint against an officer of the law, but also in the County Court of that Sheriff office's Jurisdiction.

Danny Dustin seeks Seventy-five thousand dollars ($75,000) for negligence, misfeasance, breach of duty of care, pain and suffering, medical compensation, and Court Cost and filing fees under Sheriff Michele Cook for the accident caused by Kenneth Forrest Patrick who was on duty for the Clay County Sheriff's Office.

## Accident Report

Florida Farm Bureau                    Clay County Sheriff's Off.
Case # 202000485                       Kenneth Forrest Patrick
Crash Report: 89025415                 FHERF11269

## Certificate of Service

I Certify that a true and correct copy of this Complaint has been sent to the U.S. District Court and Sheriff Michele Cook on this 11th Day of Febuary by placing them in the U.S. Mail.

Respectfully Submitted

Danny Dustin

Danny Dustin 133604
P.O. Box 958
Green Cove Springs, FL